UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CARTER, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:23 CV 1548 CDP |
| CITY OF ST. LOUIS, MO, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion to excuse compliance with L.R. 4.07 [23-2] is denied, and plaintiffs' motion for leave to amend their complaint [23-1] is denied without prejudice to being properly refiled in compliance with L.R. 4.07.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2024.